**Order entered April 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01424-CV

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellant

### V.

### GLENDA REID, Appellee

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0104**

## ORDER

Before the Court is appellee's April 1, 2019 unopposed motion for leave to file sur-reply brief. We **GRANT** the motion and **ORDER** the sur-reply brief be filed no later than April 22, 2019.

We caution that further briefing shall be filed only if requested by the Court.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE